No. 84–1554. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS *v.* CARRIER. C. A. 4th Cir. Motion of respondent

for leave to proceed *in forma pauperis* and certiorari granted.